# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MICHAEL BANASKY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0785
_____

May 24, 2024

Appeal from the Circuit Court for the Thirteenth Judicial Circuit, Hillsborough County; Lyann Goudie, Judge.

Michael Banasky, pro se.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.